**FILED**
2019 Feb-25  AM 11:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

ZB19 FEB 25  A 10: 03

*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

RONNIE   Lee   MAyes

v.

Goodyear Tire + Rubber

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: **2:19-cv-00326-MHH**
(to be filled in by the Clerk's Office)

JURY TRIAL  ☐  Yes   ☒  No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    **A.    The Plaintiff**

| | |
|---|---|
| Name | RONNIE  L  MAyes |
| Street Address | 85 Lee Ridge DR. |
| City and County | Altoona (Blount County) |
| State and Zip Code | Alabama 35952 |
| Telephone Number | 256 565 5245 |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Defendant No. 1
    Name                Goodyear Tire + Rubber

    Job or Title         Law Depart

    Street Address    200 Innovation Way

    City and County   Akron (Summit)

    State and Zip Code  Ohio   44316 - 0001


Defendant No. 2
    Name                N/A

    Job or Title

    Street Address

    City and County

    State and Zip Code


Defendant No. 3
    Name                N/A

    Job or Title

    Street Address

    City and County

    State and Zip Code


Defendant No. 4
    Name                N/A

    Job or Title

    Street Address

    City and County

    State and Zip Code

Defendant No. 5
   Name                        N | A

   Job or Title                _____

   Street Address              _____

   City and County             _____

   State and Zip Code          _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question  ☐ USA Defendant  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**C.    If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)* RONNIE L. MAYES , is a citizen of the
   State of *(name)* AlabAmA .

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)*_____, is a citizen of the
      State of *(name)*_____. Or is a citizen of
      *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* GoodYeAR tire , is incorporated under
      the laws of the State of *(name)* OhiO , and has its
      principal place of business in the State of *(name)* OhiO .

      Or   is   incorporated   under   the   laws   of   *(foreign   nation)*
      _____, and has its principal place of
      business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional
   page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant
   owes or the amount that is at state – is more than $75,000, not counting
   interest and costs of court, because: *(explain)*

   I Took 4 YeARs The Time I
   WAs going To WoRK Took highest
   yeAR WANt To Show AttAChmeNt
   Loss wAges 346,564

**III.    Statement of Claim**

Department of the Treasury    Internal Revenue Service

490

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | | |

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| | |

| 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| | |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| 9 Advance EIC payment | 10 Dependent care benefits | 11 Nonqualified plans |
|---|---|---|
| | | |

| 12a See instructions for box 12 | 12b | 12c |
|---|---|---|
| DD | | |

| 12d | 14 Other |
|---|---|
| | ADDTL .02 |
| 13 Statutory employee / Retirement plan X / Third-party sick pay | LOCAL #12 . |

c Employer's name, address, and ZIP code

THE GOODYEAR TIRE & RUBBER CO.
D/604
200 INNOVATION WAY
AKRON OH  44316

b Employer identification number
34-

a Employee's social security number

e Employee's first name and initial
RONNIE L

Last name
MAYES

Suff.

85 LEE RIDGE DR.

ALTOONA AL  35952

f Employee's address and ZIP code

Form

**W-2**

Wage and Tax Statement

**2014**

Copy C For EMPLOYEE'S RECORDS.
(See Notice to Employee on back of Copy B).

| 15 State Employer's state ID number | 16 State wages, tips, etc. |
|---|---|
| AL | |

| 17 State income tax | 18 Local wages, tips, etc. |
|---|---|
| | |

| 19 Local income tax | 20 Locality name |
|---|---|
| | GADSDEN |

RONNIE L MAYES

# Client Sources of Income Verification

**You represent to us that you have reviewed the items on your return to ensure it includes all of your sources of income, regardless of taxability,** and that items or issues on such returns have not been, or are not currently, under examination by tax authorities. The total amount below may not match your total Adjusted Gross Income.

## Sources of Income - Total $ 38,511

Note: Schedule C (self-employment income), Schedule E page 1 (rental income), and Schedule F (farm income) from other than 1099-Misc or 1099-K has been excluded from this document.

| Document | Issued by | Amount |
|---|---|---|
| W2 | GOODYEAR TIRE RUBBER | $28,107 |
| CAPITAL GAINS/LOSSES | ALL SOURCES | $0 |
| SSA-1099 | SOCIAL SECURITY ADMINIST | $10,404 |

**My/our signature(s) below confirms that I/we verify that I/we have no additional sources of income for the 2018 tax year in the categories listed above.**

| | Name | Signature | Date |
|---|---|---|---|
| Client | RONNIE L MAYES | _Ronnie Mayes_ | 1/30/2019 |
| Spouse | | | |

(If married and Spouse is present, Spouse must also sign.)

Tax Professional: BELINDA ROGERS          Date: 1/30/2019

ATTACHMENT ( 1 )

1) I believe I was retaliated against because I filed a complaint with EEOC concerning the treatment of blacks in department 5410.

2) On June 13, 2017 I was wrongfully terminated on fictitious step of roundness of a bead. Roundness of bead was not part of my job card (see attachment)

3) Goodyear policy is that all associate discipline goes through Human Resource Department. (see attachment)

4) I was terminated in violation of agreement between Goodyear Gadsden and Local 12. Step of any kind reverts back to zero after 12 months with no discipline within that time period.

5) I was terminated by mid-level manager Mike Tucker, Human Resource Specialist, Shannon Ross (BCM) which is against Goodyear policy.

6) I was terminated at an out of plant site which is against Goodyear policy. All discipline customarily goes through Human Resources.

7) I was stripped of my wages, and insurance, causing tremendous hardship on me, completely destroying my quality of life. Goodyear policy promises a harassment-free environment (it not) their policy prohibits retaliation (they did). Goodyear policy is they use merit qualification as base for all employment-related decisions (they didn't).

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

| | and EEOC |
|---|---|
| State or local Agency, if any | |

| NAME(Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Ronnie Mayes | c/o 205-252-8841 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 85 Lee Ridge Road | Altoona, AL 35952 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Goodyear Tire and Rubber Co. | In excess of 500 | (256) 549-2660 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 851 Goodyear Ave, Gadsden, AL 35903 | Gadsden, AL 35903 | Etowah |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE

☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

☐ ORIGIN

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST (ADEA/EPA) | LATEST (ALL) |
| ☒ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Ronnie Mayes. I am a black male employed by Goodyear Tire and Rubber Company since August of 2002. I am Bead Builder.

During the course of my employment and continuing until the present, the company has denied me training opportunities it routinely allows for my white counter-parts.

Additionally, I am disciplined in writing every time I make a bad bead (most recently in mid-October 2016) while my white counter-parts are not.

Also, white employees are routinely allowed to stay and earn overtime pay without actually performing work and without the employees signing up for overtime. Black employees, including myself, are not allowed overtime with the frequency as our white counter-parts and are required to sign up for it and to perform the work. White employees treated more favorably with regard to overtime include Wally Covington and Craig Baker.

I believe I am being discriminated against due to my race in violation of Title VII of the Civil Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Ronnie Mayes<br><br>Date 2 -07 - 2017  Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (10/94)

filed in 2017

Never sued
per Attorney

EEOC Form 1u1 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS



| To: | Ronnie Mayes<br>851 Goodyear Avenue<br>Gadsden, AL 35903 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|-----|-----|-----|-----|

42 - 45. 1751

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(e)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| **420-2017-01231** | **Serena A. Curry,**<br>**Investigator** | | **(205) 212-2072** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  |  |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**SEP 05 2017**

Enclosures(s)

**Delner Franklin-Thomas,**
**District Director**

*(Date Mailed)*

cc:
**GOODYEAR TIRE & RUBBER COMPANY**
*c/o Linda H. Harrold, Contract Attorney*
**Law Department**
**200 Innovation Way**
**Akron, OH 44316-0001**

**Adam Morel**
**MOREL LAW & MEDIATION, P.C.**
**512 Montgomery Hwy., Ste. 200**
**Birmingham, AL 35216**

Did Not file per attorney

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Ronnie Mays**<br>**85 Lee Ridge Drive**<br>**Altoona, AL 35952** | From: | **Birmingham District Office**<br>**Ridge Park Place**<br>**1130 22nd Street**<br>**Birmingham, AL 35205** |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | EEOC Representative | | Telephone No. |
| **420-2018-02854** | **RICHARD GROOMS,**<br>**Federal Investigator** | | **(205) 212-2115** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

**BRADLEY A. ANDERSON,**
**District Director**

**NOV 2 9 2018**

*(Date Mailed)*

Enclosures(s)

cc: | **The Goodyear Tire and Rubber Company**<br>**Nicole Gray, Esq.**<br>**Legal Counsel: Labor and Employment**<br>**200 Innovation Way**<br>**Akron, OH 44316** | **Paul Seckel, Esq.**<br>**Guntersville Law, LLC**<br>**1320 Gunter Avenue**<br>**Suite A**<br>**Guntersville, AL 35976** |

2

## Hourly Disciplinary Action

The Goodyear Tire & Rubber Company Gadsden Plant, Gadsden, AL 35903

| Employee: RONNIE MAYES | CC#: A349958 | Dept: 5410 |
|---|---|---|

Date or Period of Infraction: 5/31/18

Present at Meeting: Termination meeting - Lane Ford, Shannon Ross, Donnie Vickery & Michael Tucker

### Discipline Administered (Check One)

| ABSENTEEISM | OFFENSES | WORKMANSHIP |
|---|---|---|
| ☐ COMMENTS | ☐ STEP 1 - WRITTEN WARNING | ☐ STEP 1 - WRITTEN WARNING |
| ☐ STEP 1 - WRITTEN WARNING | ☐ STEP 2 - SECOND WRITTEN WARNING | ☐ STEP 2 - SECOND WRITTEN WARNING |
| ☐ STEP 2 - SECOND WRITTEN WARNING | ☐ STEP 3 - THIRD WRITTEN WARNING | ☐ STEP 3 - THIRD WRITTEN WARNING |
| ☐ STEP 3 - THIRD WRITTEN WARNING | ☐ 24 HOUR SUSPENSION | ☐ 24 HOUR SUSPENSION/LAST CHANCE |
| ☐ 24 HOUR SUSPENSION/LAST CHANCE | ☐ SUSPENSION 7-30 DAYS | ☑ TERMINATION |
| ☐ TERMINATION | ☐ TERMINATION | |

### Date(s) of Previous Discipline in This Category

Step 1:        Step 2:        Step 3:        Step 4:        Step 5:        Step 6:

### Description of Infraction (include time, date, witnesses, employee comments)

Produced two trucks of beads that was not within tolerance for roundness. Associate failed to document quality checks during production. Disciplinary meeting held June 5, 2018. Two day cooling period. Termination meeting held June 13, 2018

Suspension Dates (if applicable)        From:                        Return to Work:

Further infractions will result in additional disciplinary action, which may include progression through multiple steps, up to and including discharge. Discipline within a category is cumulative. An employee's one step one (1) position in any of the categories will revert to zero after six (6) months with no disciplinary action within that category. For all other step positions in any of the categories, the step will revert back to zero after twelve (12) months with no disciplinary action within that category. The 6 month and 12 months will be extended by period of leave or layoff of seven or more consecutive days. See Article V (c) of the Collective Bargaining Agreement and the Master Disciplinary System Guidelines for additional details.

Manager _____                     June 13, 2018 Date

Union _____                          _____ Employee

| CC: | (Electronic) | (Copy) | (Send to Union Hall) |
|---|---|---|---|
| | BCM | Union Representative(s) | ~~Unit Division Chair~~ |
| | HR Manager | | Union Vice President |
| | Labor Relations Manager | | Union President |

STARTING DATE 12/03/2012

(2)

## JOB ANALYSIS CARD - GADSDEN

Dept. 5410          Code 1170          Compiled by Moore          Date:  3-03-98

Operation:  Build, Jam or Staple Beads, Tend Robotic Unloader or Relieve

General Description: The duties of operators assigned to this job are as follows:

1. Internal relief as required.
2. Splice ends of bead insulation and tend insulation feeding into insulation unit.
3. Make changes of all types at wire reels, insulator, builder, jammer, stapler, and robotic unloader.
4. Make all necessary adjustments to wire reels, insulator, builder, jammer, stapler and robotic unloader.
5. Make periodic checks of bead stock and bead wire.  Check bead diameter on check rings.  Take all other precautions to assure beads are built according to specification.
6. Place overflow from insulator into container provided.
7. Responsible for properly installing wire.
8. Stop and start building unit and jamming or stapler as required.  Observe complete building, insulating and jamming or stapling operations.  If the operations are not functioning properly, it is the duty of this operator to make all necessary adjustments.  In the event the units cannot be made to function properly, the operator is to shut them down and notify the Area Manager.

The base rate of this classification is established on the basis of a full workload.

## JOB ANALYSIS CARD - GADSDEN

Dept. 5410          Code 1170          Compiled by Moore          Date:  3-03-98

Operation:  Build, Jam or Staple Beads, Tend Robotic Unloader or Relieve

General Description: The duties of operators assigned to this job are as follows:

9. Remove beads from building machine or carrousel and place on bead truck, jamming machine or wrappers.  Press splice as necessary.  Turn and exchange bead trucks as needed. Mark beads for identification and tag trucks as required.
10. Change rolls of bead tape or cord as required.  Transport bead wire and bead cord from storage to bead units.
11. Weigh defective bead wire.
12. Make SPC checks.    Maintain SPC charts and other records.
13. Operate hex bead unit and bead stapler to build hex beads as required.
14. Observe all prescribed safety practices.  Keep equipment and work area in a clean, neat and orderly condition.  Paint as required.
15. Perform an other work allied to the above.

3

# 1. Zero Tolerance

Goodyear is committed to providing a work environment that is professional, respectful, and free from discrimination, harassment, or violence. Zero Tolerance refers to a standard of conduct. The forms of discrimination, harassment, or violence described in this booklet are not acceptable conduct at Goodyear. Goodyear has zero tolerance for them and will take action on all reports. No incident will be ignored.

Zero Tolerance is not a system of penalties and does not mean that every violation will necessarily result in termination, although certain violations may result in immediate discharge. The responsibility is on management to ensure that penalties (e.g., discipline, corrective actions, etc.) are not imposed arbitrarily, but are consistent, proportionate, and lawful.

These policies apply to the workplace as well as other settings in which associates may find themselves in connection with their employment. While these policies refer primarily to associates, where appropriate, these policies also apply to non-associates, including applicants, contract or temporary workers, guests, customers, vendors, and consultants.

# 2. Discrimination

Goodyear shall recruit, hire, train, compensate, promote, and provide other conditions of employment without regard to an individual's race, color, religion, national origin, sex (including pregnancy), sexual orientation, age, disability, veteran status, or other characteristics protected by applicable law. Goodyear will use merit, qualifications (for example, education, experience, competencies, etc.) and other job-related criteria as the sole bases for all employment-related decisions affecting associates and applicants. Any form of illegal employment discrimination is prohibited under this policy.

Goodyear will take affirmative actions to increase opportunities in employment for women, minorities, the disabled, and certain veterans.

3

# ATTRACT, DEVELOP, MOTIVATE AND RETAIN THE BEST TEAM OF ASSOCIATES

## HARASSMENT

Goodyear prohibits harassment, or singling individuals/ groups out for abuse or ridicule, based on race, color, religion, national origin, sex (including pregnancy), sexual orientation, age, disability, veteran status or other characteristics protected by law. Inappropriate behavior or material includes offensive name-calling, slurs, taunting, epithets, graffiti, jokes, posters, calendars, emails, Internet sites or other things deemed inappropriate by the Company. Harassment includes conduct that is unwelcome and unwanted, and has the purpose or effect of creating an intimidating, hostile or offensive working environment.

Unwanted sexual advances, requests for sexual favors, and visual, verbal and physical conduct of a sexual nature are prohibited under this policy, including:



- Offering employment benefits in exchange for sexual favors;
- Making or threatening reprisals after a negative response to sexual advances;
- Visual conduct, such as leering; making sexual gestures; or displaying sexually suggestive objects, pictures, cartoons or posters;
- Verbal conduct, such as making or using derogatory sexual comments, epithets, slurs or jokes; graphic verbal commentaries about an individual's body; sexual comments on or inquiries into one's sex life or sexual activities; or obscene letters, emails, graffiti or notes; and
- Physical conduct, such as impeding or blocking movements, touching, groping or assaulting.

14

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | | 2. SEX | 3. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MAYES RONALD | | | | | | | 03 | 23 | |
| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a GRADE-RATE OR RANK | 6b PAY GRADE | 7. DATE OF RANK | YEAR | MONTH | | | | |
| ARMY - RA | PFC | E-3 | | | | | | | |

| 8a. SELECTIVE SERVICE NUMBER | 8b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | 9. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| DNA | DNA | RT 2 BOX 220 HILLSBORO, AL 35643 |

| 9a. TYPE OF SEPARATION | 9b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| DISCHARGE | FORT CAMPBELL, KENTUCKY |

| c. AUTHORITY AND REASON | d. EFFECTIVE DATE | YEAR | MONTH | DAY |
|---|---|---|---|---|
| | | 77 | 01 | 04 |

| e. CHARACTER OF SERVICE | f. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| UNDER HONORABLE CONDITIONS | DD FORM 257A | |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | FORSCOM | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|---|
| CO B 1/506th INF 101st ABN DIV | | NA |

| 13. TERMINAL DATE OF RESERVE/MLS OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD |
|---|---|---|
| YEAR MONTH DAY | | YEAR MONTH DAY |
| NA | MONTGOMERY, AL 36101 | 75 06 25 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 11B10  7510 | | | | | |
| LT WPN INF | NA | (a) NET ACTIVE SERVICE THIS PERIOD | 01 | 06 | 10 |
| NONE | | (b) PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a+b) | 01 | 06 | 10 |
| | | (d) PRIOR INACTIVE SERVICE | 00 | 00 | 21 |
| NA | NA | (e) TOTAL SERVICE FOR PAY (c+d) | 01 | 07 | 01 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 00 | 00 | 00 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) |
|---|---|
| ☐ YES ☒ NO | SECONDARY/HIGH SCHOOL 12 YRS (1-12 grades)   COLLEGE 0 YRS |

| 21. TIME LOST (Preceding Two Yrs) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION |
|---|---|---|---|---|
| NA | 16 DAYS | ☐ $15,000   ☐ $5,000   XX20000   ☐ $10,000   ☐ NONE | ☐ NO ☐ YES NA AMOUNT | a. TYPE   b. DATE COMPLETED   ENTNAC   75 08 04 |

| 26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| NA |

| 27. REMARKS |
|---|
| INDIVIDUAL REQUESTS A COPY OF DD FORM 214 R.L. M |

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code) | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| RT 1 BOX 220-A HILLSBORO, AL 35643 | |

| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| MICHAEL G. CRUEY, 1LT AGC, ASST AG | |

| DD FORM 214 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | THIS IS AN IMPORTANT RECORD SAFEGUARD IT. | REPORT OF SEPARATION FROM ACTIVE DUTY |
|---|---|---|---|

1.

3



## WHAT HAPPENS IF THERE IS A LEGAL OR POLICY VIOLATION?

Any associate who:

- Violates, or requests that someone else violate, any Company policy or legal requirement applicable to the associate's work or Goodyear;
- Fails to promptly report a known or suspected violation;
- Conceals or destroys evidence or information of a violation; or
- Withholds information from, or refuses to cooperate with, an investigation of a possible violation

11

will be subject to appropriate discipline, up to and including termination of employment and forfeiture of benefits.

Disciplinary action, penalties and other action will be administered in a consistent, proportionate and lawful manner. In most cases, personnel matters, such as disciplinary actions, are handled confidentially between Goodyear and the associate. For that reason, Goodyear's response to a violation may not be made public.

## RETALIATION IS PROHIBITED

Can individuals be punished for making a report? No.

*Filed   Report   ON   02 - 07 - 17*

Goodyear prohibits any form of retaliation against individuals who in good faith report known or suspected violations of policy or law. In addition, individuals who participate and cooperate honestly and completely in an investigation are protected against retaliation. Making a report, however, does not protect individuals from discipline for their own misconduct or wrongdoing. For example, if one of two associates involved in "insider trading" reports the illegal activity, the reporting associate is not immune from discipline for violating the Insider Trading Policy.

If you believe you have been retaliated against for making a report, or believe someone else has been retaliated against, report it immediately using the same reporting procedures previously outlined.

Retaliation is serious misconduct and will be punished with severe disciplinary action, including potential termination of employment and forfeiture of benefits.

3

## POLICY ON GLOBAL HUMAN RIGHTS

Goodyear's policy on global human rights applies to the Company's operations worldwide and is part of our commitment to ethical and socially responsible behavior.

Our policy serves as a guide to how we conduct business around the world. As stated in the Global Human Rights Policy, we support the following principles:

- Commitment to maintaining an inclusive workplace free of unlawful harassment and discrimination;
- Employment is voluntary; all forms of compulsory labor or human trafficking are prohibited;
- Exploitation of children, including child labor, is not permitted;
- Associates have the right to join organizations (such as unions) of their choosing or to refrain from joining organizations;
- Compliance with all applicable laws and regulations dealing with wages and hours worked; and
- Providing a safe and secure workplace.

Goodyear seeks to do business with customers and suppliers that observe similar standards in their relations with their employees and their own suppliers.

*Refer to the following for more information:*
- *Global Human Rights Policy*
- *Supplier Code of Conduct*

## DISCRIMINATION

Goodyear shall recruit, hire, train, compensate, promote and provide other conditions of employment without regard to an individual's race, color, religion, national origin, sex (including pregnancy), sexual orientation, age, disability, veteran status or other characteristics protected by law. Goodyear will use merit, qualifications (for example, education, experience, competencies, etc.) and other job-related criteria as the sole basis for all employment-related decisions affecting associates and applicants.

In the United States and other locations where required, Goodyear will take affirmative actions to increase opportunities in employment for women, minorities, the disabled and certain veterans.



13

4

## Documented Information Search

| Step Id | Date | Name | User ID | BC | Dept | Shift | Manager | Type | Offense | Step | Perm | Meeting Date | Meeting Attendants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11212 | 02/27/2018 | MAYES, RONNIE | A349958 | A | 5410 | A | WINEMAN II, JOSEPH | WORKMANSHIP | Quality - producing off standard or out of tolerance matl's | 24 HOUR SUSPENSION/LAST CHANCE | N | 03/14/2018 | Mickey Williams Jr. Donnie Vickery Joseph Wineman II Michael Tucker |

11 mos

Associate produced 3 trucks of code YBGY beads, tag #'s 924692,924826,924916. It is agreed, this discipline will be a re-issue of a step 4, with payment of the 24 hour discipline. The Associate has agreed not to grieve this step 4. The Company has agreed to reduce this step 4 to a step 2, if the Associate is awarded another job in the next 12 months.

| Step Id | Date | Name | User ID | BC | Dept | Shift | Manager | Type | Offense | Step | Perm | Meeting Date | Meeting Attendants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9306 | 04/06/2017 | MAYES, RONNIE | A349958 | A | 5410 | A | WINEMAN II, JOSEPH | WORKMANSHIP | Quality - producing off standard or out of tolerance matl's | 24 HOUR SUSPENSION/LAST CHANCE | N | 04/14/2017 | Mickey Williams Jr. Joseph Wineman Charlie Skaggs William Smith |

7 mos

Beads produced with incorrect number of wires. Three different codes RRWG, OR, and GGGB. It is agreed, this discipline will be a reissue of step 4, with suspension already served. Associate understands any additional workmanship issues in the next 12 months, will result in termination. Associate has also agreed to drop grievance #6425 and has agreed not to grieve this step 4 being issued, 4/14/17

| Step Id | Date | Name | User ID | BC | Dept | Shift | Manager | Type | Offense | Step | Perm | Meeting Date | Meeting Attendants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8243 | 10/06/2016 | MAYES, RONNIE | A349958 | A | 5410 | A | EUBANKS, MILTON | WORKMANSHIP | Quality - producing off standard or out of tolerance matl's | 24 HOUR SUSPENSION/LAST CHANCE | N | 10/11/2016 | Ronnie Mayes Jerry Baker Todd Eubanks |

13 mos

Associate produced beads with incorrect number of wires. Specified number of beads was 5. Each cycle produced displayed one 4 wire bead and one 6 wire bead along with three 5 wire beads. Held 7 trucks of beads and scrapped 1190 tires total.

| Step Id | Date | Name | User ID | BC | Dept | Shift | Manager | Type | Offense | Step | Perm | Meeting Date | Meeting Attendants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6274 | 07/20/2015 | MAYES, RONNIE | A349958 | A | 5410 | A | FLOYD SR, ERIC | WORKMANSHIP | Quality - producing off standard or out of tolerance matl's | STEP 2 - SECOND WRITTEN WARNING | N | 08/09/2015 | Ronnie Mayes Jerry Baker and Eric Floyd Sr. |

14 mos

OGB beads produced with 4 turn in place of 6 required by the spec. Incorrect set up, 448 beads built wrong. As a result if this there was attire hold with 12 tires scrapped and reminder of beads scrapped. First meeting on this between operator and area manger took place in the required time but operator had questions regarding the step of discipline so investigation time was extended.

| Step Id | Date | Name | User ID | BC | Dept | Shift | Manager | Type | Offense | Step | Perm | Meeting Date | Meeting Attendants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5987 | 06/03/2015 | MAYES, RONNIE | A349958 | A | 5410 | A | FORD, BLAKE | WORKMANSHIP | Quality - producing off standard or out of tolerance matl's | STEP 1 - WRITTEN WARNING | N | 06/04/2015 | |

:4 mos

Non-conforming RBO beads BE24043 built on BE02 6/3/2015 A crew, tag numbers 577097 16:46 and 577237 18:02. Slitter was set-up incorrectly, producing a 5-wire bead in the outboard position and a 3-wire bead in the next position vs. a 4-wire bead spec. In addition, beads were built large - fit easily over the No-Go check ring. Quality checks not completed adequately. Defective beads identified by builders for being too large, and identified by Q-Tech for wrong set-up after two trucks produced. Tire Hold issued for 200 tires built - dispositioned to scrap.

| Step Id | Date | Name | User ID | BC | Dept | Shift | Manager | Type | Offense | Step | Perm | Meeting Date | Meeting Attendants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4375 | 02/15/2014 | MAYES, RONNIE | A349958 | A | 5410 | 3 | JOHNSON, PATRICK | WORKMANSHIP | Quality - producing off standard or out of tolerance matl's | STEP 2 - SECOND WRITTEN WARNING | N | 02/19/2014 | Joel Ellis Lance Bradley Shanna Warden |

| | Name | Title | | |
|---|---|---|---|---|
| A | Ronnie Mayes | Associate | -- | -- |
| A | Mike Tucker | HR Specialist | 256-549-2208 | -- |
| C | Eric Wininger | Security Site Manager | 256-549-2228 | -- |
| C | David Kendrick | Security Officer | 256-549-2228 | -- |

| | | | | |
|---|---|---|---|---|
| -- | | -- | | -- |

**Other Details --**

At 0735 on Tuesday, 13 Jun 2017, HR Specialist Mike Tucker called the Gatehouse and reported that sometime between 1500 on Monday, 12 Jun 2017 and 0700 Tuesday, 13 Jun 2017, someone damaged the personal locker of associate Ronnie Mayes, resulting in the locker becoming inoperable. Inspection of the locker showed tool marks on the face of the locker where the lock goes into the hasp, and there appeared to be an attempt to pry the rear panel off of the locker.

Photographs of the locker are attached to this report.

Gadsden Guards                                          Securitas

**Author Information**

| Created By: | Gadsden Guards/NA/GDYR | Created On: | | 06/13/2017 07:44 AM |
|---|---|---|---|---|
| Last Modified By: | | Last Modified On: | | 06/13/2017 08:04 AM |

**Edit History**

Edit Number                    Date and Time:                              Name:
                               06/13/2017 08:04:11 AM                      Gadsden Guards/NA/GDYR

2





# Hourly Disciplinary Action

The Goodyear Tire & Rubber Company Gadsden Plant, Gadsden, AL 35903

---

**Employee: RONNIE MAYES**               **CC#: A349958**               **Dept: 5410**

Date or Period of Infraction: 5/31/18

Present at Meeting: Termination meeting - Lane Ford, Shannon Ross, Donnie Vickery & Michael Tucker

## Discipline Administered (Check One)

| ABSENTEEISM | OFFENSES | WORKMANSHIP |
|---|---|---|
| ☐ COMMENTS | ☐ STEP 1 - WRITTEN WARNING | ☐ STEP 1 - WRITTEN WARNING |
| ☐ STEP 1 - WRITTEN WARNING | ☐ STEP 2 - SECOND WRITTEN WARNING | ☐ STEP 2 - SECOND WRITTEN WARNING |
| ☐ STEP 2 - SECOND WRITTEN WARNING | ☐ STEP 3 - THIRD WRITTEN WARNING | ☐ STEP 3 - THIRD WRITTEN WARNING |
| ☐ STEP 3 - THIRD WRITTEN WARNING | ☐ 24 HOUR SUSPENSION | ☐ 24 HOUR SUSPENSION/LAST CHANCE |
| ☐ 24 HOUR SUSPENSION/LAST CHANCE | ☐ SUSPENSION 7-30 DAYS | ☑ TERMINATION |
| ☐ TERMINATION | ☐ TERMINATION | |

## Date(s) of Previous Discipline in This Category

Step 1:               Step 2:               Step 3:               Step 4:               Step 5:               Step 6:

## Description of Infraction (include time, date, witnesses, employee comments)

Produced two trucks of beads that was not within tolerance for roundness. Associate failed to document quality checks during production. Disciplinary meeting held June 5, 2018. Two day cooling period. Termination meeting held June 13, 2018

**Suspension Dates (if applicable)**          From:                              Return to Work:

Further infractions will result in additional disciplinary action, which may include progression through multiple steps, up to and including discharge. Discipline within a category is cumulative. An employee's step one (1) position in any of the categories will revert to zero after six (6) months with no disciplinary action within that category. For all other step positions in any of the categories, the step will revert back to zero after twelve (12) months with no disciplinary action within that category. The 6 month and 12 months will be extended by period of leave or layoff of seven or more consecutive days. See Article V (c) of the Collective Bargaining Agreement and the Master Disciplinary System Guidelines for additional details.

**Manager**                    June 13, 2018  **Date**

**Union**

**Employee**

| CC: | (Electronic) | (Copy) | (Send to Union Hall) |
|---|---|---|---|
| | BCM | Union Representative(s) | ~~Union Division Chair~~ |
| | HR Manager | | Union Vice President |
| | Labor Relations Manager | | Union President |

**V.    Certification and Closing**

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __Ronnie__ Last Name __Mayes__

Mailing Address __85 Lee Ridge Drive__

City and State __Altoona Alabama__ Zip Code __35952__

Telephone Number __256 565 5245__

E-mail Address __NuKiE 3071956@Gmail.com__

Signature of plaintiff __Ronnie Mayes__

Date signed __2-25-2019__

**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

## C O U R T

*Judge*

My apology to the court: I know the value of legal advice in such a serious matter as a federal lawsuit. However, I was unable to secure legal representation because of the deadline. I am forced to file PRO SE, but continue to search for legal advice.

In 1964 Congress passed Title VII Civil Rights Act of 1964. In 1967 President Lyndon Johnson formed an 11-member National Advisory Commission on Civil Disorder to explain the riots that plagued cities each summer since 1964 and to provide recommendations for future times.

In 1968 the commission informally known as Kerner Report concluded that the nation was moving toward two societies, one black, one white, separated and unequal.

In 1998, 30 years later, Senator Fred R. Harris co-authored a study that found the racial division had grown.

Today, only one percent of EEOC filings make it to the federal court, so companies feel comfortable violating the Title VII Civil Rights Act of 1964.